# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00157-CV

### In re Phillip "Baby Shark" Scott

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Phillip Scott, an inmate in the Comal County Jail, has filed an ambiguously captioned *pro se* appellate submission with this Court entitled "Abuse-of-Discretion & Clear Error Review," complaining of an ex parte hearing allegedly held pursuant to Chapter 46B of the Code of Criminal Procedure in cause number CR2023-382, and asking us to vacate a civil commitment order allegedly entered in that case on July 19, 2023. Having reviewed the filing, we treat the submission as a petition for writ of mandamus and deny the petition. *See* Tex. R. App. P. 52.8(a).

To the extent Scott seeks relief that is within this Court's jurisdiction to grant, it is relator's burden to properly request and show entitlement to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *In re Davidson*, 153 S.W.3d 490, 491 (Tex. App.–Amarillo 2004, orig. proceeding); *see also Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.–Houston [1st Dist.] 1992, orig. proceeding) (per curiam) ("Even a pro se applicant for a writ of mandamus must show himself entitled to the extraordinary relief he seeks"). In this regard, the relator must

provide the reviewing court with a record sufficient to establish his right to mandamus relief. *See Walker*, 827 S.W.2d at 837; *In re Blakeney*, 254 S.W.3d at 661–62; *see also* Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.7(a) (specifying required contents for record), 52.3(k) (specifying required contents for appendix).

Based on his failure to provide any record, we conclude that Scott has failed to show an entitlement to relief. Accordingly, we deny the petition for writ of mandamus and dismiss the pending motion as moot. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: March 14, 2024

2